UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 20798
  SANDRA KING
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
  SSN XXX-XX-6846

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/24/2005 and was confirmed 08/01/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/01/2007.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIFINANCIAL AUTO CREDI | SECURED | 12550.00 | 1528.87 | 3034.62 |
| CITIFINANCIAL AUTO CREDI | UNSECURED | 2602.17 | .00 | .00 |
| ASPIRE | UNSECURED | 629.70 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 459.33 | .00 | .00 |
| AT & T BANKRUPCTY | NOTICE ONLY | NOT FILED | .00 | .00 |
| LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CBT ASPIRE | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| AT & T UNIVERSAL CARD | NOTICE ONLY | NOT FILED | .00 | .00 |
| COMPUTER CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT SV | UNSECURED | NOT FILED | .00 | .00 |
| CREDITCORP | UNSECURED | NOT FILED | .00 | .00 |
| CREDITCORP | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | NOTICE ONLY | NOT FILED | .00 | .00 |
| DANIEL COLLINS | UNSECURED | NOT FILED | .00 | .00 |
| E Z MONEY | UNSECURED | NOT FILED | .00 | .00 |
| FIRST AMERICAN CASH ADVA | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MED BUSINESS BUR | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COLLECTORS | UNSECURED | NOT FILED | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PROCOLLECT INC | UNSECURED | NOT FILED | .00 | .00 |
| PROCOLLECT INC | UNSECURED | NOT FILED | .00 | .00 |
| PROCOLLECT INC | UNSECURED | NOT FILED | .00 | .00 |
| CREDICORP | SECURED | 100.00 | .00 | 15.46 |
| CAMCO | UNSECURED | NOT FILED | .00 | .00 |

```
CREDICORP              UNSECURED        163.42            .00            .00
ROBERT J SEMRAD & ASSOC DEBTOR ATTY   2,400.20                       2,194.41
TOM VAUGHN             TRUSTEE                                          356.64
DEBTOR REFUND         REFUND                                              .00

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 7,130.00

PRIORITY                                         .00
SECURED                                     3,050.08
     INTEREST                               1,528.87
UNSECURED                                        .00
ADMINISTRATIVE                              2,194.41
TRUSTEE COMPENSATION                          356.64
DEBTOR REFUND                                    .00
                      ---------------   ---------------
TOTALS                  7,130.00            7,130.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 01/22/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
           CASE NO. 05 B 20798 SANDRA KING